IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID O. PAYET,

      Appellant,

v.                                                     Case No.  5D22-2946
                                                       LT Case Nos. 2018-CF-036781
                                                                         2018-CF-036581
                                                                         2018-CF-029819

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 14, 2023

3.800 Appeal from the Circuit Court
for Brevard County,
Tesha Ballou, Judge.

David O. Payet, Cocoa, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EDWARDS and BOATWRIGHT, JJ., concur.